1  Mitchell B. Ludwig (State Bar No. 115903)
   mbl@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
3  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
4  Facsimile:  (818) 547-5329

5  Attorneys for Plaintiff
   JPMORGAN CHASE BANK. N.A.
6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 In re                              )  NO.    10-bk-24249-SB
                                      )
12 KANELLA VASILIKI BAHOS,            )  Date:              September 9, 2010
                                      )  Time:                   9:30 a.m.
13         Debtor.                     )  Ctrm:                     1575
                                      )
14                                    )  Chapter 7
                                      )
15                                    )  ORDER CONTINUING  HEARING ON
                                      )  JPMORGAN CHASE BANK'S
16 _____   )  MOTION FOR RELIEF FROM STAY

17         FOR GOOD CAUSE SHOWN, it is hereby ordered that the Motion for Relief from

18 the Automatic Stay filed by Creditor JPMorgan Chase Bank, N.A. ("Chase") on May 24,

19 2010, is continued to September 9, 2010, at 9:30 a.m. and that, if John Machaca, Chapter 7

20 Trustee, is unable to get into escrow on the Property located at 1910 Chestnut Avenue,

21 Long Beach, CA  90008 prior to said hearing date, Chase's Motion for Relief from the

22 Automatic Stay shall be granted,

23         IT IS FURTHER ORDERED that the Motion for Relief from the Automatic Stay

24 filed by Chase is hereby continued to September 9, 2010.

25         IT IS FURTHER ORDERED that pending the hearing on the Motion for Relief from

26 the Automatic Stay, Richard Sweeney, the state court appointed receiver, who was

27 appointed by the Los Angeles Superior Court on December 29, 2009 in case number

28 BC427276, shall be excused from turning over the Subject Property pursuant to 11 U.S.C.

KNAPP,
PETERSEN
& CLARKE

-1-

FILED & ENTERED

JUL 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

1  § 543.  Mr. Sweeney shall continue to manage the Subject Property pursuant to his

2  appointing order.

3

4                                    ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DATED: July 29, 2010

KNAPP,
PETERSEN
& CLARKE

28

United States Bankruptcy Judge

-2-

In re:
KANELLA VASILIKI BAHOS

CHAPTER: 7

Debtor(s).

CASE NUMBER: 10-bk-24249-SB

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 N. Brand Blvd., Ste. 1500, Glendale, CA 91203

A true and correct copy of the foregoing document described as [Proposed ]ORDER CONTINUING HEARING ON JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _July 21, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

Kanella Vasiliki Bahos, Debtor (Via Federal Express)      Steven Karlton Kop
1910 Chestnut Avenue, Apt. 3                             Kop Law Group
Long Beach, CA  90806-5353                               1470 Jamboree Rd, Ste 102
                                                        Newport Beach, CA 92660

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _July 21, 2010_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

Hon. Samuel L. Bufford (Via Messenger)
United States District Court
255 E. Temple Street, Courtroom 1582
Los Angeles, CA  90012-3300

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 21, 2010 | Cynthia Contreras | //ss// |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re:<br>KANELLA VASILIKI BAHOS<br><div align="right">Debtor(s).</div> | CHAPTER: 7<br><br>CASE NUMBER: 10-bk-24249-SB |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION (if needed):**
(Via US Mail):
American Express
PO Box 6500
Sioux Falls, SD  57117-6500

Aurora Loan Services
2617 College Park  - PO Box 170
Scottsblus, NE  69363-0170

Aurora Loan Services, LLC
c/o Pite Duncan, LLP
4375 Jutland Drive, Ste. 200 - PO Box 17933
San Diego, CA  92177-7921

BMW Financial Services
Customer Service Center
PO Box 3608
Dublin, OH  43016-0306

Bank of America
PO Box 851001
Dallas, TX  75285-1001

CCB
5300 S. 6th Street
Springfield, IL  62703-5184

Capital One
PO Box 60599
City of Industry, CA  91716-0599

Chase
PO Box 94014
Palatine, IL  60094-4014

Creditors Financial Group LLC
PO Box 440290
Aurora, CO  80044-1500

Discover
PO Box 0943
Salt Lake City, UT 84110

Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, FL  32256-7412

Fia Card Services, NA/Bank of America, NA
Mbna America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE  19713-6000

| In re:<br>KANELLA VASILIKI BAHOS<br><div align="right">Debtor(s).</div> | CHAPTER: 7<br><br>CASE NUMBER: 10-bk-24249-SB |
|---|---|

Financial Recovery Services
PO Box 385908
Minneapolis, MN  55438-5908

JCC
PO Box 519
Sauk Rapids, MN 56379-0519

JCP
PO Box 960090
Orlando, FL  32896-0090

Judgment City Bank
PO Box 600
The Lakes, NV  89163-0001

Judgment Target
PO Box 59317
Minneapolis, MN  55459-0317

Lowes
PO Box 530914
Atlanta, GA  30353-0914

Mann Bracken LL
28632 Roadside Drive, #265
Agoura Hills, CA  91301-6300

RAB Inc.
PO Box 1022
Wixom, MI  48393-1022

Redline Recovery Services LLC
95 John Muir Drive, Ste. 100
Buffalo, NY  14228-1144

Sears
PO Box 688956
Des Moines, IA  50368-8956

Target
PO Box 59317
Minneapolis, MN  55459-0317

The Home Depot
PO Box 182676
Columbus, OH  43218-2676

Wallmart
PO Box 530927
Atlanta, GA  30353-0927

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

| In re:<br>KANELLA VASILIKI BAHOS<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 10-bk-24249-SB |
| --- | --- |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)          Order Continuing Hearing on JPMorgan Chase Bank's
Motion for Relief from Stay

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of          July 21, 2010          , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee, ustpregion16.la.ecf@usdoj.gov
John J. Menchaca, Trustee, igaeta@menchacacpa.com
Steven Karlton Kop, attorney for debtor, bluejaylaw@gmail.com
Casper J. Rankin, ecfcacb@piteduncan.com
Mitchell B. Ludwig, Esq., mbl@kpclegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Kanella Vasiliki Bahos, Debtor (Via Federal Express)
1910 Chestnut Avenue, Apt. 3
Long Beach, CA  90806-5353

☐ Service information continued on attached page

American LegalNet, Inc.
www.FormsWorkflow.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 1          Date Rcvd: Jul 29, 2010
Case: 10-24249               Form ID: pdf031       Total Noticed: 1

The following entities were noticed by first class mail on Jul 31, 2010.
db          +Kanella Vasiliki Bahos,   1910 Chestnut Avenue,   Apartment 3,   Long Beach, CA 90806-5353

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
cr            JPMORGAN CHASE BANK N.A.
                                                                    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2010**                    **Signature:**   _Joseph Speetjens_